**87-1091.** State v. CECOS International, Inc. *Clermont County,* No. CA86-03-017. Reported at 38 Ohio St. 3d 120, 526 N.E. 2d 807. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**87-1234.** State v. Weaver. *Montgomery County,* No. 10093. Reported at 38 Ohio St. 3d 160, 527 N.E. 2d 805. On motion for rehearing. Rehearing denied.

**87-1235.** Huber Hgts. v. Weaver. *Montgomery County,* No. 10374. Reported at 38 Ohio St. 3d 160, 527 N.E. 2d 805. On motion for rehearing. Rehearing denied.

**87-1746.** State v. Blankenship. *Wayne County,* No. 2248. Reported at 38 Ohio St. 3d 116, 526 N.E. 2d 816. On motion for rehearing. Rehearing denied.

**87-1976.** Moncree v. Total Paving, Inc. *Hamilton County,* No. C-860804. On motion for rehearing. Rehearing denied.

**88-405.** State, ex rel. Corrigan, v. Hughes. In Quo Warranto. On motion to file instanter. Motion granted.

Wright, J., not participating.

On motion to reconsider stay. Motion denied.

Wright, J., not participating.

**88-531.** Overberg v. State Farm Mut. Auto. Ins. Co. *Hamilton County,* No. C-870121. Reported at 38 Ohio St. 3d 125, 526 N.E. 2d 1098. On motion for rehearing. Rehearing denied.

**88-686.** State, ex rel. Crim, v. Pokorny. In Mandamus and Procedendo. Reported at 37 Ohio St. 3d 716, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-951.** In re Estate of Hollingsworth. *Warren County,* No. CA87-06-050. Reported at 38 Ohio St. 3d 709, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

**88-961.** Rice v. Slyder. *Summit County,* No. 13324. Reported at 38 Ohio St. 3d 710, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

**88-1018.** Matthews v. Matthews. *Summit County,* No. 13356. Reported at 38 Ohio St. 3d 710, ___ N.E. 2d ___. On motion for rehearing. Rehearing denied.

Holmes and H. Brown, JJ., dissent.

Moyer, C.J., not participating.